IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HEATHER LOPEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>      Defendant. | No. 18-CV-22-LRR<br><br>**JUDGMENT** |

_____

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on May 28, 2019 (docket number 42): Judgment is entered in favor of Defendant, against Plaintiff.

**DATED** this 28th day of May 2019.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

*/s/ JH*
_____
By: Deputy Clerk