# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| HEATHER LOPEZ, </br></br>  Plaintiff, </br></br> vs. </br></br> WHIRLPOOL CORPORATION, </br></br>  Defendant. | ) </br> ) </br> ) </br> )  No. 1:18-cv-00022-LRR </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**COMES NOW** Plaintiff Heather Lopez, by and through attorney Matt J. Reilly, and appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment of the district court for the Northern District of Iowa, entered on May 28, 2019, and from all adverse rulings entered therein including but not limited to Orders entered on April 10, 2019 and February 26, 2019.

/s/ Matt J. Reilly
Matt J. Reilly  AT0006541
**TRIAL LAWYERS FOR JUSTICE, P.C.**
421 W. Water St., Third Floor
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
matt@tl4j.com