# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2357

_____

Heather Lopez

Plaintiff - Appellant

v.

Whirlpool Corporation

Defendant - Appellee

------

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:18-cv-00022-LRR)

------

**JUDGMENT**

Before COLLOTON, GRUENDER and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 04, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans