# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2357

Heather Lopez

Appellant

v.

Whirlpool Corporation

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:18-cv-00022-LRR)

___

**MANDATE**

In accordance with the opinion and judgment of 03/04/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 25, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit